UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-62052-CIV-ZLOCH/HUNT

DENNIS HAYNES, Individually,

    Plaintiff,

vs.

PARTY CITY HOLDCO, INC.,
a Delaware Corporation,

    Defendant.

_____/

**NOTICE OF SETTLEMENT**

    Plaintiff hereby gives notice to the Court that the parties have reached an amicable resolution in principle of this dispute and are in the process of finalizing and executing settlement documents. The parties respectfully request twenty-one days in which to file their stipulation of dismissal with prejudice.

    Dated this 29th day of March, 2018.

    Respectfully Submitted,

    Attorneys for Plaintiff

    Kathy L. Houston, Esq., Of Counsel
    THOMAS B. BACON, P.A.
    15321 S. Dixie Highway, Suite 205
    Miami, FL 33157
    Tel: (305) 420-6609
    Fax: (786) 441-4416
    Email: courtdocs@houstonlawfl.com

    By: /s/ Kathy L Houston
    Kathy L. Houston, Esq. FBN 56042
    THOMAS B. BACON, P.A.
    644 North McDonald Street
    Mount Dora, FL 32757

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that that the foregoing document is being served this 29th day of March, 2018, on all counsel of record via the Court's CM/ECF system.

    /s/   Kathy L. Houston_____
Kathy L. Houston, Esq.