UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-62052-CIV-ZLOCH

DENNIS HAYNES,

    Plaintiff,

**FINAL ORDER OF DISMISSAL**

vs.

PARTY CITY HOLDCO, INC.,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice (DE 23) filed herein by both Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. Joint Stipulation For Dismissal With Prejudice (DE 23) filed herein by both Parties be and the same is hereby approved, adopted and ratified by the Court;

    2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

    3. To the extent not otherwise disposed of herein, all pending motions are **DENIED** as moot; and

    4. The Court reserves jurisdiction solely for the purpose of enforcing the terms of the Parties' settlement agreement.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this ___9th___ day of May, 2018.

                                      WILLIAM J. ZLOCH
                                      Sr. United States District Judge

Copies furnished:

All Counsel of Record